**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert James Williams, | ) | No. CV-09-8148-PCT-GMS |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| Rick Mauldin, et al., | ) | |
| Respondents. | ) | |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus and United States Magistrate Judge Anderson's Report and Recommendation ("R&R"). Dkt. ##1, 9. The R&R recommends that the Court deny Petition. Dkt. # 9 at13. The Magistrate Judge advised the parties that they had seven days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 13-14 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will

accept the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Anderson's R&R (Dkt. # 9) is **accepted**.

2. Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 1) is **denied**.

3. The Clerk of Court shall **terminate** this action.

DATED this 8th day of February, 2010.

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge